AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 1:97CR310-02 |
| KENNETH EUGENE JACKSON ) | USM No: 14550-058 |
| ) | Claire J. Rauscher |
| Date of Previous Judgment: 08/26/1998 | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __150__ months **is reduced to** __time served__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 39 | Amended Offense Level: | 37 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 324 to 405 months | Amended Guideline Range: | 262 to 327 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

Other (explain): The Court has considered the factors set forth in 18 U.S.C. § 3553(a), *United States v. Booker*, the Government's objections to the motion, the Defendant's exemplary record during incarceration, his current release status, as well as public safety and post-sentence conduct. In accordance with USSG § 1B1.10 of the 2007 United States Sentencing Guidelines, the Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TIME SERVED.**

**III. ADDITIONAL COMMENTS**

**It is further ordered** that as a condition of supervised release, the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Office.

**Except as provided above, all provisions of the judgment** __08/26/1998__ **shall remain in effect.**
**IT IS SO ORDERED.**

**Order Date:** _____

**Effective** _____
**(if different from order)**

Lacy H. Thornburg
United States District Judge